91 F.3d 123
 Consolidated Rail Corporation
v.
United Transportation Union, United Transp. Union General
Committee of Adjustment, (NH), W.A. Beebe, General Chairman,
United Transportation Union, United Transp. Union General
Committee of Adjustment (NYC-E.D.B.C.), R.C. McVeen, General
Chairman, United Transportation Union, United Transp. Union
General Committee of Adjustment (NYC-N.D.), S.F. Dowding,
General Chairman, United Transportation Union, United
Transp. Union General
 NO. 95-1694
 United States Court of Appeals,
Third Circuit.
 June 10, 1996
 
 Appeal From: E.D.Pa., No. 95-cv-03172,
 Bartle, J.
 
 
 1
 AFFIRMED.